527486~DTL~62411901~OKI-62411901~137873~A~MICROLINE 390 TURBO - PERSONAL - MONOCHROME - DOT-MATRIX - 312 CPS - 360 DPI X 3~OKIDATA~13547~33~5~0~345.45~457.00~0~0~Y~0~Y~4~345.45~16~~0~009029239~2~2261~20.00~Y~3~3~2~0~051851440101~43212102~Impact~030523~NNY~090825~A~S~~~~N~~N~~~MICROLINE 390 TURBO - PERSONAL - MONOCHROME - DOT-MATRIX - 312 CPS - 360 DPI X 3~60 DPI - PARALLEL~~20.70~21.30~9.40~~~~~~1~0~~~~~~~~ 1 N~2~
527486~DTL~62412001~OKI-62412001~137880~A~MICROLINE 391 TURBO PRINTER - B/W - DOT-MATRIX - 360 DPI - 24 PIN - PARALLEL - 1~OKIDATA~13547~12~7~0~461.70~604.00~2~0~Y~0~Y~1~461.70~7~~0~009029239~0~2261~25.40~N~1~0~0~0~051851450100~43212102~Impact~030523~NNY~090825~A~S~~~~N~~N~~~MICROLINE 391 TURBO PRINTER - B/W - DOT-MATRIX - 360 DPI - 24 PIN - PARALLEL - 1~20 V~~27.00~20.50~9.00~~~~~~1~0~~~~~~~~ 1 N~0~
527486~DTL~11A7280~LEX-11A7280~138518~A~CARRYING CASE FOR OPTRA E, EP MODELS~LEXMARK~2594~0~0~0~87.70~~0~0~Y~0~Y~0~87.70~0~~0~009117000~0~2261~5.00~N~0~0~0~0~734646113236~44101700~OPT~030529~NNY~~B~S~~~~~N~~N~~~CARRYING CASE FOR OPTRA E, EP MODELS~~~0.00~0.00~0.00~~~~~~0~0~~~~~~~~ N~0~
527486~DTL~11A9036~LEX-11A9036~138522~A~LEXMARK INTERNATIONAL ENVELOPE FEEDER - 100 ENVELOPES~LEXMARK~2594~0~0~0~332.27~~0~0~Y~0~Y~0~332.27~0~~0~009117000~0~2261~11.30~N~0~0~0~0~734646109901~44101700~PHO~030529~NNY~~B~S~~~~~N~~N~~~LEXMARK INTERNATIONAL ENVELOPE FEEDER - 100 ENVELOPES~~~22.50~19.75~18.75~~~~~~0~0~~~~~~~~ N~0~
527486~DTL~11A9312~LEX-11A9312~138527~A~LEXMARK INTERNATIONAL - MEDIA TRAY WITH DRAWER - 2000 SHEETS IN 1 TRAY(S)~LEXMARK~2594~0~0~0~800.46~~0~0~Y~0~Y~0~800.46~0~~0~009117000~0~2261~86.85~N~0~0~0~0~734646126533~44101700~PHO~030529~NNY~~B~S~~~~~N~~N~~~LEXMARK INTERNATIONAL - MEDIA TRAY WITH DRAWER - 2000 SHEETS IN 1 TRAY(S)~~~29.50~23.50~29.50~~~~~~0~0~~~~~~~~ N~0~
527486~DTL~44H0040~LEX-44H0040~138560~A~ROM (PAGE DESCRIPTION LANGUAGE) - IPDS, AFP~LEXMARK~2594~0~0~0~363.34~~0~0~Y~0~Y~0~363.34~0~~0~013065271~0~471~2.00~N~0~0~0~0~734646136259~32101608~MEM~030529~NNY~~B~S~~~~~N~~N~~~ROM (PAGE DESCRIPTION LANGUAGE) - IPDS, AFP~~~0.00~0.00~0.00~~~~~~0~0~~~~~~~~ N~0~
527486~DTL~45H0020~LEX-45H0020~138564~A~LEXMARK 1 MB FLASH MEMORY~LEXMARK~2594~0~0~0~130.02~~0~0~Y~0~Y~0~130.02~0~~0~013519526~0~2261~0.20~N~0~0~0~0~734646126397~32101622~MEM~030529~NNY~~B~S~~~~~N~~N~~~LEXMARK 1 MB FLASH MEMORY~~~9.25~6.25~1.50~~~~~~0~0~~~~~~~~ N~0~
527486~DTL~45H0021~LEX-45H0021~138565~A~FLASH MEMORY MODULE - 2 MB~LEXMARK~2594~0~0~0~179.96~~0~0~Y~0~Y~0~179.96~0~~0~013519526~0~2261~0.35~N~0~0~0~0~734646126403~32101622~MEM~030529~NNY~~B~S~~~~~N~~N~~~FLASH MEMORY MODULE - 2 MB~~~9.25~6.25~1.75~~~~~~0~0~~~~~~~~ N~0~
527486~DTL~1325494~LEX-1325494~138599~A~LEXMARK - PRINT SERVER - LOCALTALK - LOCALTALK~LEXMARK~2594~0~0~0~217.77~~0~0~Y~0~Y~0~217.77~0~~0~006327328~0~210~2.00~N~0~0~0~0~087944060017~43201537~INA~030529~NNY~~B~S~~~~~N~~N~~~LEXMARK - PRINT SERVER - LOCALTALK - LOCALTALK~~~0.00~0.00~0.00~~~~~~0~0~~~~~~~~ N~0~