**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>CAPITOL SUPPLY, INC.,<br>Respondent. | Misc. No. 13-mc-0373 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the United States' Petition for Summary Enforcement of Inspector General Subpoena, ECF No. 1, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, the arguments made in the motions hearing on March 18, 2014, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the United States' Petition is GRANTED; and further

**ORDERED** that the parties shall meet and confer and file a joint status report by April 18, 2014, regarding the agreed-upon schedule for the production of documents responsive to the subpoenas in accordance with the Court's memorandum opinion; and further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: March 19, 2014

Digitally signed by Hon. Beryl A. Howell
DN: cn=Hon. Beryl A. Howell, o=District of Columbia, ou=U.S. District Court for the, email=Howell_Chambers@dcd.uscourts.gov, c=US
Date: 2014.03.19 11:53:32 -04'00'

BERYL A. HOWELL
United States District Judge