**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Friday, June 27, 2014 2:53 PM
**To:** Valdez, Darrell (USADC)
**Cc:** crystal.johnson@gsaig.gov; Ross, Charles (USADC) [Contractor]; Adam Hodkin
**Subject:** RE: Capitol Supply

Darrell,

We have now produced all the existing documents regarding sales data that we were able to find after a diligent search. The PDFs that we produced are in the form that we received from the Government through GSAAdvantage. They have not, as you suggest, been created in a spreadsheet format and then converted to PDFs as an inconvenience. They have been produced precisely in the form that they are maintained in Capitol Supply's files and in the form that Capitol Supply received them. As you are well aware, Capitol Supply is under no obligation to create new documents in a particular form in response to the subpoenas.

With regard to COO information, we have already produced all the COO information that we were able to find after a diligent search. This information was produced to the Government in several different previous productions, including (a) the initial production dated December 23, 2010 (see CS004212 to CS004226); (b) the production of documents dated April 26, 2011, (c) the production of documents dated September 16, 2011 (Bates labeled CSGSA00073449 to CSGSA01563209); and (c) the production of documents dated April 27, 2012 (CSG5A01563210 to CSGSA01575609).

With regard to the .txt files, based on a couple that I found in the production, my understanding is that these are also files generated by the GSAAdvantage website from the purchase of products. These are not meant to be read by people, but instead contain data to be processed by a vendor's automated processes. These .txt files should have a subset of the data that is already in the PDF files discussed above. If there are specific text files that you have questions about, please forward them to me.

You asked about .opt and .lfp files. Can you please forward me some examples of those files so that we can try to determine what specifically they are?

Finally, with regard to the .edi files, these are generally sales data from the DoD's EMALL website. Again, these files have been produced in native form as we receive them from the Government. As I understand it, the .edi files are encrypted by the DoD using a particular software program and a matched pair of encryption keys (one of which is in DoD's possession and one of which is in Capitol Supply's possession). So in order to unencrypt the files, one would need both the software program and the key that was in effect at the time of transmission. We would be happy to provide you with our encryption key, and we will do so as soon as a protective order is entered in the case. We have been drafting such an order and will send it to you as soon as possible for your review.

Please let me know if you have any questions.

Mike

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Thursday, June 26, 2014 4:31 PM
**To:** Bhargava, Michael
**Cc:** crystal.johnson@gsaig.gov; Ross, Charles (USADC) [Contractor]
**Subject:** Capitol Supply



GOVERNMENT EXHIBIT 5
PENGAD-Bayonne, N. J.

Michael;

We still have problems with the production.

Sales data: Is there a reason why they produced over 88,000 spreadsheets (in pdf) with sales data as opposed to Excel or some other format that can be read and analyzed? Clearly this was created in a spreadsheet format and then converted to PDF in order to inconvenience to the United States. Analyzing PDF data would require a printing service and then a team to manually input 88,000 pages with over 100 lines on each page and manually create a spreadsheet. This seems to be the more of the same behavior that the judge criticized in the motion hearing.

COO Information: We have been unable to locate country of origin information on the files provided. Can you tell us which file in particular it is located and how we can read that file?

TXT Files: The txt files are unusable and come out as gibberish – again.

Other File Issues: Several of the files have a .edi, .opt, .lfp extensions, which we are unable to open.

Other Issues: It appears that some of the documents have inactive links. What type of "platform" is required to open the link(s)?

I hope that Capitol Supply can work out these problem by the end of this week and give us data that, not only we can read but complies with their duties under the GSA contract and the FAR. Otherwise, we will inform the Court of Capitol Supply's continued non-compliance and will seek sanctions.

Darrell C. Valdez
Assistant U.S. Attorney
(202)252-2507

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com