**Valdez, Darrell (USADC)**

**From:** Bhargava, Michael <MBhargava@chadbourne.com>
**Sent:** Monday, June 23, 2014 2:39 PM
**To:** Valdez, Darrell (USADC)
**Cc:** Ross, Charles (USADC) [Contractor]; crystal.johnson@gsaig.gov
**Subject:** RE: Pro hac vice motions

According to our lit support person, the only excel file would be the actual load file for the volume. There is no password on it. You may be looking at the links within that load file that are pointing to the images , text or natives. This file needs to be imported into a review platform to work.

If you have additional questions about the production itself, it's probably best to connect our IT folks directly. Please let me know if you want to do that. Thanks.

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Friday, June 20, 2014 8:37 AM
**To:** Bhargava, Michael
**Cc:** Ross, Charles (USADC) [Contractor]; crystal.johnson@gsaig.gov
**Subject:** RE: Pro hac vice motions

Thanks Michael.

Can you (or your IT folks) tell me which files need to be imported into a review platform and where those files are in the production?

Darrell C. Valdez
Assistant U.S. Attorney
(202)252-2507

---

**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Thursday, June 19, 2014 5:44 PM
**To:** Valdez, Darrell (USADC)
**Subject:** FW: Pro hac vice motions

Here's the response from our lit support person who put together the production. Let me know if you need me to connect your tech person and ours.

> The only excel file would be the actual load file for the volume. There is no password on it. He could be looking at the links within that load file that are pointing to the images , text or natives. This file needs to be imported into a review platform to work.

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Thursday, June 19, 2014 5:06 PM
**To:** Bhargava, Michael
**Subject:** RE: Pro hac vice motions



PENGAD-Bayonne, N.J. GOVERNMENT EXHIBIT 7

**Valdez, Darrell (USADC)**

**From:** Valdez, Darrell (USADC)
**Sent:** Friday, June 20, 2014 8:37 AM
**To:** 'Bhargava, Michael'
**Cc:** Ross, Charles (USADC) [Contractor]; crystal.johnson@gsaig.gov
**Subject:** RE: Pro hac vice motions

Thanks Michael.

Can you (or your IT folks) tell me which files need to be imported into a review platform and where those files are in the production?

Darrell C. Valdez
Assistant U.S. Attorney
(202)252-2507

---

**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Thursday, June 19, 2014 5:44 PM
**To:** Valdez, Darrell (USADC)
**Subject:** FW: Pro hac vice motions

Here's the response from our lit support person who put together the production. Let me know if you need me to connect your tech person and ours.

> The only excel file would be the actual load file for the volume. There is no password on it. He could be looking at the links within that load file that are pointing to the images , text or natives. This file needs to be imported into a review platform to work.

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Thursday, June 19, 2014 5:06 PM
**To:** Bhargava, Michael
**Subject:** RE: Pro hac vice motions

Michael;

It appears that there is a link in the spreadsheet that is contained in the black and red USB drive, but we cannot access it. Does it require file grouping or sharing to activate?

Darrell C. Valdez
Assistant U.S. Attorney
(202)252-2507