**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>CAPITOL SUPPLY, INC.,<br><br>Respondent. | ) | Misc. No. 13mc0373 (BAH) |

**ORDER**

Upon consideration of Petitioner United States' Motion for Sanctions, any Opposition thereto, and the entire record in this case; and the Court having found that Respondent failed to comply with this Court's unambiguous Order requiring production of documents responsive to the subpoena issued by the General Services Administration's Office of the Inspector General, it is this _________ day of ________________, 2014,

ORDERED, that the Petitioner's Motion is hereby GRANTED, and it is further

ORDERED, that Respondent Capitol Supply, Inc., shall appear before this Court on the _____ day of ____________, 2014, and show cause why this Court should not hold it in civil contempt for failure to obey the Court's Order regarding the production of documents responsive to the subpoena; and it is further

ORDERED, that Respondent pay to the United States $_____________ as attorney's fees.

_________________________________
UNITED STATES DISTRICT JUDGE

Copies to:

DARRELL C. VALDEZ
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, DC 20530

and

MICHAEL BHARGAVA
Chadbourne & Parke LLP
1200 New Hampshire Ave N.W.
Washington, DC 20036