# ***EXHIBIT "1"***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA ex rel. LOUIS SCUTELLARO,

Plaintiff,

vs.

CAPITOL SUPPLY, INC,

Defendant.

Docket No.: CA 10-1094

Washington, DC
10:12 a.m., Tuesday
March 18, 2014

REPORTER'S OFFICIAL TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff: DARRELL C. VALDEZ, ESQ.
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530
(202) 252-2507

For the Relator: H. VINCENT MCKNIGHT, JR., ESQ.
McKnight & Kennedy, LLC
8601 Georgia Avenue
Suite 1010
Silver Spring, MD 20910
(301) 565-5281

Proceedings reported by machine shorthand. Transcript produced by computer-aided transcription.

**CHANTAL M. GENEUS, RPR, CRR**
Certified Realtime Reporter
Registered Professional Reporter
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

A P P E A R A N C E S (Continued)

| | |
|---|---|
| For the Defendant (via telephone): | ROBERT FABRIKANT, ESQ.<br>Manatt, Phelps & Phillips, LLP<br>700 12th Street, NW<br>Suite 1100<br>Washington, DC 20005<br>(202) 585-6556 |
| Also Present: | CRYSTAL JOHNSON, GSA Agent |

who requested an oral hearing.

MR. FABRIKANT: Yes, we did. The problem, Your Honor -- and this is not an excuse; I take full responsibility for that. The associate who has been working on the case from the get-go, he left the firm six weeks ago or five weeks ago, and we haven't had a smooth transition. I take responsibility for that. I can't tell you how much I apologize. I'm a member of the bar --

THE COURT: All right. Well, you know, this is a motions hearing both in the miscellaneous case regarding the government's petition to compel a response to its two pending subpoenas to Capitol Supply and also the motions hearing on Capitol Supply's -- your motion to dismiss both the relator's complaint, amended complaint, and the government's amended complaint and intervention. So you're going to have a job to do to do this via telephone. But let me hear who else is here. Thank you, Mr. Fabrikant.

MR. VALDEZ: Good morning, Your Honor, Darrell Valdez for the United States, United States Attorney's Office. And with me at table -- at counsel table, Your Honor, is Special Agent Crystal Johnson of the General Services Administration Office of Inspector General.