# *EXHIBIT "2"*

**From:** Adam Hodkin
**To:** Valdez, Darrell (USADC)
**Cc:** Vince McKnight <vmcknight@sanfordheisler.com> (vmcknight@sanfordheisler.com)
**Subject:** Invitation to inspect records as they are maintained in the ordinary course of business
**Date:** Thursday, July 10, 2014 3:49:00 PM

---

Darrell and Vince:

We understand that although Capitol believes it has satisfied the subpoena, you do not believe that to be the case.

Subject to the Court's entry of a protective order regarding confidential and proprietary information, Capitol invites you to travel to its office in Sunrise, Florida, to inspect its sales database and COO data as those records and data are maintained in the ordinary course of business. The search would be limited to the Capitol sales database. You may bring a forensic IT person to undertake the review. You may copy the records that are retrieved, subject to making certain that the search has not strayed beyond sales data and COO data and that non-responsive or privileged information is not subject to that search. You will be given any passwords or encryption keys for the sales data. Capitol will have its own IT person work with yours to monitor the search and the search results.

If you think you need access to other material, please let us know what other material you are interested in. This invitation is presently to review Capitol's sales database and COO data to inspect and to copy such information as you need. No interviews of Capitol personnel are to be conducted while you are on site, other than discussions with Capitol's IT designee for the purpose of facilitating your inspection and copying effort.

Thank you,

**Adam J. Hodkin, Esq. | Padula Hodkin, PLLC**
Managing Partner
101 Plaza Real South, St. 207 | Boca Raton, FL 33432
Office: 561.544.8900 | Mobile: 561.789.9143| Fax: 561.300.2128
ahodkin@padulahodkin.com | www.padulahodkin.com