# *COMPOSITE EXHIBIT “3”*

# Administrative Report Card

**Not for Past Performance**

Contractor CAPITOL SUPPLY, INC.
Contract GS-02F-0100N
Schedule 075
Date Report Card was Created: 08/30/2010

**Contractor Assessment**

| | | |
|---|---|---|
| **EXCEPTIONAL** | | |
| **Category 1** | | |
| 1. | Did the contractor demonstrate compliance with the scope of their contract? | Yes |
| 2. | Did the contractor demonstrate compliance with the Trade Agreements Act? | Yes |
| 3. | Is the pricelist being used by the contractor the current approved pricelist? | Yes |
| 4. | Does the contractor have a system in place that substantially identifies, tracks and reports GSA sales accurately and completely? | Yes |
| 5. | Is the contractor meeting or exceeding minimum contract sales requirement in accordance with the Contract Sales Criteria clause? | Yes |
| 6. | Does the contractor have a system in place to monitor the "basis of award" customer discount relationship? | Yes |
| 7. | Did the contractor charge customers the contract price or lower? | Yes |
| 8. | Is the contractor complying with the Economic Price Adjustment clause of the contract? | Yes |
| 9. | If a Commercial or Individual Subcontracting Plan is required, did the contractor meet the goals specified in the plan or is the contractor progressing toward meeting the goals specified in the plan? | Not |
| 10. | Is the contractor accurately identifying products that have environmental attributes? | Yes |
| **Category 2** | | |
| 11. | Since the issuance of the most recent Report Card but no more than 36 months back, are the contractor's Reports of Sales on time? | Yes |
| 12. | Since the issuance of the most recent Report Card but no more than 36 months back, has the contractor remitted the Industrial Funding Fee on time? | Yes |
| 13. | Is the contractor up-to-date on GSA Advantage!? | Yes |
| 14. | Is the contractor delivering timely based upon a sampling of orders? | Yes |
| 15. | Is the contractor honoring warranty terms of the contract? | Yes |
| 16. | Is the contractor capable of accepting the Government wide Commercial Purchase card? | Yes |
| 17. | Is the contractor's records location and administrative representative information correct? (e.g., address, phone, fax, e-mail, etc.) | Yes |
| 18. | Has the contractor complied with Change of Name and/or Novation Agreement requirements? | NA |
| 19. | Since the issuance of the most recent Report Card but no more than 36 months back, is the contractor free of cure notices issued by the Schedule Contracting Officer (PCO or ACO)? | Yes |
| 20. | If there are participating dealers, are the dealers listed and current in the contract pricelist and GSA Advantage!? | NA |
| 21. | If the contract has prompt payment discounts, are the prompt payment terms shown on the invoices? | NA |
| **Category 3** | | |
| 22. | Is the contractor being proactive in proposing to add and delete items from the contract? | Yes |
| 23. | Does the contractor accept credit cards over the micro-purchase threshold? | Yes |
| 24. | Is the contractor using all applicable e-contracting tools (e.g., eMod, eBuy, ePay)? | Yes |
| 25. | Does the contractor offer second tier pricing discounts on blanket purchase agreements issued against this contract? | Yes |
| 26. | If there are contractor teaming arrangements, do these arrangements address how customer service and warranty issues will be resolved? | Yes |
| 27. | Is the contractor free from bankruptcy proceedings? | Yes |
| **Explanation of findings** | | |

Please contact Administrative Contracting Officer(ACO), # 3128868891, E-mail: patricia.simmons@gsa.gov, with any questions regarding your Administrative Report Card.

# Administrative Report Card

**Not for Past Performance**

Contractor CAPITOL SUPPLY, INC.

Contract GS-02F-0100N

Schedule 075

Date Report Card was Created: 08/30/2010

**Contractor Assessment**

| EXCEPTIONAL | | |
|---|---|---|
| | | |

Please contact Administrative Contracting Officer(ACO), # 3128868891, E-mail: patricia.simmons@gsa.gov, with any questions regarding your Administrative Report Card.

# Administrative Report Card

Contractor Name: CAPITOL SUPPLY, INC.

Contract Number: GS-02F-0100N

Schedule Number: 075

Date Report Card was Created: 07/09/2012

**Contractor Assessment**

| | | |
|---|---|---|
| **EXCEPTIONAL** | | |
| **Category 1** | | |
| 1. | Did the contractor demonstrate compliance with the scope of their awarded SINs? | Yes |
| 2. | Did the contractor identify noncontract products/services to their GSA contract customers | Yes |
| 3. | Did the contractor demonstrate compliance with the Trade Agreement Act? | Yes |
| 4. | Is the contractor up-to-date on GSA Advantage!®? | Yes |
| 5. | Does the contractor have a system in place that substantially identifies, tracks and reports GSA sales accurately and completely? | Yes |
| 6. | Is the contractor meeting or exceeding minimum contract sales requirement in accordance with the Contract Sales Criteria clause? | Yes |
| 7. | Does the contractor have a system in place to monitor the "BASIS OF AWARD" customer discount relationship? | Yes |
| 8. | Did the contractor charge customers the contract price or lower? | Yes |
| 9. | Has the contractor notified GSA to initiate requirements for a change of name and/or novation? | NA |
| 10. | If a Commercial or Individual Subcontracting Plan is required, did the contractor meet the goals specified in the plan or is the contractor progressing toward meeting the goals specified in the plan? | NA |
| 11. | Does the contractor possess evidence or rely on a reasonable basis to substantiate items identified with environmental attributes on GSA Advantage!®? | Yes |
| **Category 2** | | |
| 12. | Since the issuance of the most recent Report Card but no more than 36 months back, are the Contractor's Report of Sales on time? | Yes |
| 13. | Since the issuance of the most recent Report Card but no more than 36 months back, has the contractor remitted the Industrial Funding Fee on time? | Yes |
| 14. | Is the Contractor's authorized pricelist current with contract requirements? | Yes |
| 15. | Was the contractor able to demonstrate timely delivery? | Yes |
| 16. | Is the contractor identifying items on GSA Advantage!® that have environmental attributes? | Yes |
| 17. | Is the contractor capable of accepting the Governmentwide Commercial Purchase card? | Yes |
| 18. | Is the Contractor's records location and administrative representative information correct? (e.g., address, phone, fax, email, etc.) | Yes |
| 19. | If there are participating dealers, are the dealers listed and current in the contract pricelist and GSA Advantage!®? | NA |
| 20. | If the contract includes prompt payment discounts, are the prompt payment terms shown on the invoices? | NA |
| **Category 3** | | |
| 21. | Does the contractor offer second tier pricing discounts on blanket purchase agreements issued against the contract? | Yes |
| 22. | If there are contractor teaming arrangements, do they address how customer service, sales and IFF issues will be handled? | Yes |
| 23. | Is the contractor free from bankruptcy proceedings? | Yes |
| 24. | Has the contractor conducted a GHG emissions inventory and established GHG reduction goal (s)? | Yes |

Please contact Administrative Contracting Officer(ACO), Patricia M. Simmons # 3128868891, E-mail: patricia.simmons@gsa.gov, with any questions regarding your Administrative Report Card.

# Administrative Report Card

**Not for Past Performance Evaluation**

**Contractor Name:** *CAPITOL SUPPLY, INC.*
**Contract Number:** *GS-02F-0100N*
**Schedule Number:** *075*
**Date Report Card Was Created:** *05/14/2014*

**Contractor Accessment**

| | | |
|---|---|---|
| **EXCEPTIONAL** | | |
| **Category 1** | | |
| *1.* | Did the contractor demonstrate compliance with the scope of their awarded SINs? | *N/A* |
| *2.* | Did the contractor identify noncontract products/services to their GSA contract customers | *N/A* |
| *3.* | Did the contractor demonstrate compliance with the Trade Agreement Act? | *Yes* |
| *4.* | Is the contractor up-to-date on GSA Advantage!®? | *N/A* |
| *5.* | Does the contractor have a system in place that substantially identifies, tracks and reports GSA sales accurately and completely? | *Yes* |
| *6.* | Is the contractor meeting or exceeding minimum contract sales requirement in accordance with the Contract Sales Criteria clause? | *Yes* |
| *7.* | Does the contractor have a system in place to monitor the "BASIS OF AWARD" customer discount relationship? | *N/A* |
| *8.* | Did the contractor charge customers the contract price or lower? | *N/A* |
| *9.* | Has the contractor notified GSA to initiate requirements for a change of name and/or novation? | *N/A* |
| *10.* | If a Commercial or Individual Subcontracting Plan is required, did the contractor meet the goals specified in the plan or is the contractor progressing toward meeting the goals specified in the plan? | *N/A* |
| *12.* | Does the contractor possess evidence or rely on a reasonable basis to substantiate items identified with environmental attributes on GSA Advantage!®? | *N/A* |
| **Category 2** | | |
| *13.* | Since the issuance of the most recent Report Card but no more than 36 months back, are the Contractor's Report of Sales on time? | *Yes* |
| *16.* | Since the issuance of the most recent Report Card but no more than 36 months back, has the contractor remitted the Industrial Funding Fee on time? | *Yes* |
| *20.* | Is the Contractor's authorized pricelist current with contract requirements? | *Yes* |
| *21.* | Was the contractor able to demonstrate timely delivery? | *Yes* |
| *22.* | Is the contractor identifying items on GSA Advantage!® that have environmental attributes? | *N/A* |
| *23.* | Is the contractor capable of accepting the Governmentwide Commercial Purchase card? | *N/A* |
| *24.* | Is the Contractor's records location and administrative representative information correct? (e.g., address, phone, fax, email, etc.) | *Yes* |
| *25.* | If there are participating dealers, are the dealers listed and current in the contract pricelist and GSA Advantage!®? | *N/A* |
| *26.* | If the contract includes prompt payment discounts, are the prompt payment terms shown on the invoices? | *N/A* |
| **Category 3** | | |
| *27.* | Does the contractor offer second tier pricing discounts on blanket purchase agreements issued against the contract? | *N/A* |
| *28.* | If there are contractor teaming arrangements, do they address how customer service, sales and IFF issues will be handled? | *N/A* |
| *29.* | Is the contractor free from bankruptcy proceedings? | *Yes* |

Please contact Administrative Contracting Officer(ACO), Patricia M. Simmons # 3128868891, E-Mail: patricia.simmons@gsa.gov with any questions regarding your Administrative Report Card.