# *EXHIBIT "4"*

**Supplement 1**

DOD EMALL
https://dod-emall.dla.mil

# Department of Defense Electronic Mall
## (DOD EMALL)

# Business Rules and Agreement to Sell on DOD EMALL

## Version 1.1

## March 13, 2012

# APPROVAL

This Supplier Information Package is effective and shall be implemented upon the signature of the DOD EMALL System Manager.

Prepared by: *Robert A Burrow* Date: 3-15-2012

Robert Burrow
DOD EMALL Program Analyst
DLA Logistics Information Service

Approved by: *Sharon S Higbee* Date: 3/15/12

Sharon Higbee
DOD EMALL System Manager
DLA Logistics Information Service

# CHANGE LOG

This record shall be maintained throughout the life of the document. Each change and published update shall be recorded.

| CHANGE / REVISION RECORD | | | |
|---|---|---|---|
| **Date** | **Section** | **Description of Change** | **Made By:** |
| 9 Mar 2012 | 1.0 | Added 1.8, 1.9,1.10, and 1.11 | RAB |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 1.0 Business Rules and Agreement to Sell on DOD EMALL

1.1 If suppliers do not adhere to these rules, they are subject to removal by DOD EMALL management.

1.2 The supplier must be actively registered in the Central Contractor Registration (CCR) system and not suspended or debarred from doing business with the U.S. Government.

1.3 Suppliers are responsible to notify DOD EMALL of any changes to their business or contract(s) as it pertains to DOD EMALL.

1.4 Suppliers will conduct business in a professional manner.

1.5 Suppliers will be subject to suspension and/or removal for customer complaints.

a. At the point a supplier has received 2 complaints that your Supplier Account Manager has investigated and found to be valid; the supplier will be suspended for 5 business days.
b. Each time you receive a formal complaint, the complaint will remain in the supplier's permanent folder. Email notification will be sent.

1) Upon receiving a 3rd complaint, the supplier will be suspended from DOD EMALL for 30 days.

2) Upon receiving a 4th complaint, the supplier will be removed from DOD EMALL in definitely.

1.6 Suppliers will be subjected to suspension and/or removal for listing indecent content. A blatant or veiled display of sexual content that produces sexual associations in people's minds, that is provocative, or is degrading, is considered indecent content. Language that is sexually suggestive or provocative with respect to sexual activities, sexual process/methods; or provocative titles is considered indecent content. DOD EMALL reserves the right to remove any item in your catalog if deemed inappropriate. DOD EMALL uses a web standard for evaluation of the explicit content items. The site is found at http://contentfilter.futuragts.com/phraselists/

a. At the point a supplier has received one complaint that your Supplier Account Manager has investigated and found to be valid; the supplier will be suspended for 5 business days.
b. Upon receiving a 2nd complaint, the supplier will be suspended for 30 days.
c. Upon receiving a 3rd complaint, the supplier will be removed from DOD EMALL indefinitely.

1.7 Suppliers on DOD EMALL are responsible to ensure that their catalog contains only items specifically allowed under the contract submitted to DOD EMALL. The supplier's catalog is subject to removal from DOD EMALL if items that are allowed under the contract schedule; specific to that catalog, are not adhered to.

1.8 Suppliers on DOD EMALL are responsible to ensure that their catalog contains accurate Days After Receipt of Order (ARO).

1.9 Supplier catalog will only list the part number in the Part Number data field. Part numbers will not be hosted in the part name or description data field.

1.10 Suppliers catalog will only list the product name in the Product Name data field. Product Name will not include part number, Manufacture Name, or description.

1.11 Suppliers catalog will only list the Product Description in the Description and Long Description data fields. Part Number, Company Information, and Associated Products will not be allowed in the catalog description fields.

1.12 "Unit of Issue" and "Quality per unit of Issue" shall conform to DoD standards.

**1.13 <u>Policy for Unsolicited Email</u>**

a. Do not harvest DOD EMALL user contact information from the DOD EMALL site.
b. Do not distribute emails using any mass method of distribution without explicit prior consent of individual users and the DOD EMALL System Management Office.
c. Do not sell or distribute any past, current or future DOD EMALL customer lists to any third party.
d. Penalties for violating unsolicited email policies are as follows:
e. Penalty for harvesting or distributing customer lists (#1 through #3 below/ immediate and permanent removal from DOD EMALL).
f. Penalties for mass or bulk emailing to the DOD EMALL Customer (#2 below).

1) First incident of violation- supplier (and their contracting officer) are directly contacted and reminded of the policy.
2) Second incident of violation- supplier (and their contracting officer) is informed that their catalog/ catalogs have been suspended for a period of 6 months.
3) Third incident of violation- supplier (and their contracting officer) are directly contacted and informed that their catalog/ catalogs have been permanently removed from DOD EMALL.

1.14 Orders from the DOD EMALL will be sent via Electronic Data Interchange (EDI), secure encrypted email, or other electronic format agreed to, based upon best practices.

1.15 Suppliers will notify the customer of a backorder via email. The customer must have the option to cancel an order when the order cannot be filled within the quoted delivery time.

1.16 Suppliers cannot charge shipping and handling to your DOD EMALL orders. Catalog prices can be adjusted to include the cost of shipping. Zone pricing can be accommodated with the use of the catalog template provided. The prices suppliers list, are Freight On Board (FOB) destination only.

1.17 A restocking fee cannot be charged to DOD EMALL customers that are shipping items back to suppliers when the supplier is at error and return of product is the agreed upon solution.

1.18 Prices charged to the customer will be the same in the order from DOD EMALL as to the charge to the customer's credit card, even if the price adjustments occur between order placement and shipment.

1.19 Charges to GPC's will not be processed until shipment of 100% of the ordered quantity occurs.

1.20 Items submitted specifically under contract, which include, BPA,IDIQ, GS FSS, NAF, or any awarded schedule, MUST be verifiable by electronic means. If suppliers are submitting items under a GS FSS contract, the items MUST be visible on GSA Advantage. In order for suppliers to claim contract validity and list them on DOD EMALL, the contracted items must not violate business rule 4. For items in other contract means, a contracting officer's name, phone and email address is required for verification purposes.

1.21 No substitutions for products ordered unless allowed by a current contract or purchase agreement.

1.22 Items shipped must include a detailed invoice or packing slip with DOD EMALL prices listed.

1.23 Do not list products multiple times. Only ONE listing shall be made per product. To enable products to be found through various customer searches, list alternate product descriptions or names within the "PRODUCT DESCRIPTION" element.

1.24 Do not misrepresent products. Be sure that the Original Equipment Manufacturer (OEM) is correct, "Product Description" is not misleading, and that the OEM part number is listed as the manufacturer does. For items that are remanufactured, the company who remanufactures the item is to be listed in the OEM Name and the part numbers of the remanufactured products should not be the same as the original product. If a product is remanufactured, it needs to be described as such in the "Part Name".

1.25 There will be periodic audits to assure compliance, and rules enforced.

1.26 **NOTE:** IF IT IS DETERMINED THAT ANY SUPPLIER IS CIRCUMVENTING THESE RULES, THEIR CATALOG WILL BE TERMINATED IMMEDIATELY.