# ***EXHIBIT "8"***

**From:** Valdez, Darrell (USADC)
**To:** Bhargava, Michael
**Cc:** Ross, Charles (USADC) [Contractor]; crystal.johnson@gsaig.gov
**Subject:** RE: Pro hac vice motions
**Date:** Monday, June 23, 2014 5:02:32 PM

---

Thanks.

Darrell

---

**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Monday, June 23, 2014 2:39 PM
**To:** Valdez, Darrell (USADC)
**Cc:** Ross, Charles (USADC) [Contractor]; crystal.johnson@gsaig.gov
**Subject:** RE: Pro hac vice motions

According to our lit support person, the only excel file would be the actual load file for the volume. There is no password on it. You may be looking at the links within that load file that are pointing to the images , text or natives. This file needs to be imported into a review platform to work.

If you have additional questions about the production itself, it's probably best to connect our IT folks directly. Please let me know if you want to do that. Thanks.

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Friday, June 20, 2014 8:37 AM
**To:** Bhargava, Michael
**Cc:** Ross, Charles (USADC) [Contractor]; crystal.johnson@gsaig.gov
**Subject:** RE: Pro hac vice motions

Thanks Michael.

Can you (or your IT folks) tell me which files need to be imported into a review platform and where those files are in the production?

Darrell C. Valdez
Assistant U.S. Attorney
(202)252-2507

---

**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Thursday, June 19, 2014 5:44 PM
**To:** Valdez, Darrell (USADC)
**Subject:** FW: Pro hac vice motions

Here's the response from our lit support person who put together the production. Let me know if you need me to connect your tech person and ours.

The only excel file would be the actual load file for the volume. There is no password on it. He could be looking at the links within that load file that are pointing to the images , text or natives. This file needs to be imported into a review platform to work.

---

**From:** Valdez, Darrell (USADC) [mailto:Darrell.Valdez@usdoj.gov]
**Sent:** Thursday, June 19, 2014 5:06 PM
**To:** Bhargava, Michael
**Subject:** RE: Pro hac vice motions

Michael;

It appears that there is a link in the spreadsheet that is contained in the black and red USB drive, but we cannot access it. Does it require file grouping or sharing to activate?

Darrell C. Valdez
Assistant U.S. Attorney
(202)252-2507

---

**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Thursday, June 19, 2014 1:06 PM
**To:** Vince McKnight; Valdez, Darrell (USADC)
**Subject:** RE: Pro hac vice motions

Thanks much.

---

**From:** Vince McKnight [mailto:vmcknight@sanfordheisler.com]
**Sent:** Thursday, June 19, 2014 12:28 PM
**To:** Valdez, Darrell (USADC); Bhargava, Michael
**Subject:** RE: Pro hac vice motions

No objection here.

Sent from my Galaxy S®III

-------- Original message --------
From: "Valdez, Darrell (USADC)"
Date:06/19/2014 12:26 PM (GMT-05:00)
To: "Bhargava, Michael" ,Vince McKnight
Subject: RE: Pro hac vice motions

No.

Darrell

**From:** Bhargava, Michael [mailto:MBhargava@chadbourne.com]
**Sent:** Thursday, June 19, 2014 12:11 PM
**To:** Valdez, Darrell (USADC); Vince McKnight <vmcknight@sanfordheisler.com> (vmcknight@sanfordheisler.com)
**Subject:** Pro hac vice motions

Darrell,

Two additional attorneys intend to appear *pro hac vice* for Capitol Supply, Adam Hodkin and Nathan Pate of Padula Hodkin PLLC. Any objection to our motion for their appearance?

Thanks.

Mike

**Michael Bhargava**
**Chadbourne & Parke LLP**
1200 New Hampshire Ave N.W., Washington, DC 20036
**tel** 202-974-5629 | **fax** 202-974-6729
mbhargava@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/mbhargava.vcf

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

---

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com